UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAUL AND MELODY DEN BESTE,<br><br>　　　　　　　　Debtors.<br>_____/ | No. C 12-4522 PJH<br>Bankr. Case No. 10-13558<br><br>**ORDER RE MOTION FOR SANCTIONS** |

Defendant/Appellee Edith Mazzaferri has filed a motion for sanctions on the ground that Plaintiff/Appellant Paul Den Beste has filed a frivolous appeal from the Bankruptcy Court's order granting Mazzaferri's motion to annul the automatic stay.  Because the court has not yet decided the merits of the appeal, the motion for sanctions is premature and therefore DENIED WITHOUT PREJUDICE.  Mazzaferri may renew the motion for sanctions, if appropriate, after the court issues its ruling on the appeal.  Any motion for sanctions must comply with the Civil Local Rules governing motions for sanctions, and any factual contentions concerning damages, attorneys' fees or costs must be supported by an affidavit or declaration pursuant to Civil Local Rule 7-5.

The briefing schedule and hearing date noticed for the motion for sanctions are hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 14, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge