UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAUL AND MELODY DEN BESTE,<br><br>Debtors.<br>_____/ | No. C 12-4522 PJH<br>Bankr. Case No. 10-13558<br><br>**ORDER EXTENDING TIME TO FILE REPLY BRIEF** |

     Debtor/appellant Paul Den Beste, appearing *pro se*, has filed a Notice of Awaiting Reset Vacated Briefing Schedule to File Appellant's Reply Brief, noting that his reply brief was due November 21, 2012, and seeking a new briefing schedule regarding his reply brief. Doc. no. 11. As debtor recognizes, the order entered November 14, 2012 vacated only the briefing schedule and hearing date noticed for the motion for sanctions. The court did not vacate the briefing deadline for debtors' reply brief, which was not timely filed.

     Although debtors have not requested an extension of time by which to file the reply brief in support of their appeal, the court *sua sponte* extends the deadline to file the reply brief to December 5, 2012. As of that date, the appeal will be deemed submitted regardless of whether debtors file a reply brief.

     **IT IS SO ORDERED.**

Dated: November 27, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge